Eastern District of Kentucky
FILED

AUG 06 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**


**V.**                                  INDICTMENT NO. 26 87-KKC-MAS


**RICKY DALE ADAMS**


\* \* \* \* \*


**THE GRAND JURY CHARGES:**


## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 13, 2025, in Madison County, in the Eastern District of Kentucky,

**RICKY DALE ADAMS**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about August 19, 2025, in Madison County, in the Eastern District of Kentucky,

**RICKY DALE ADAMS**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about August 19, 2025, in Madison County, in the Eastern District of Kentucky,

**RICKY DALE ADAMS**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**



FOREPERSON

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

FRANCISCO J. VILLALOBOS II
**ASSISTANT UNITED STATES ATTORNEY**

## <u>PENALTIES</u>

**COUNTS 1-2:**   Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**If prior felony drug offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years of supervised release.

**COUNT 3:**   Not less than 5 years imprisonment and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.