**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** _26-87-KKC-MAS_

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**V.**                    **NOTICE BY UNITED STATES**
          **REGARDING ENHANCED STATUTORY PUNISHMENT**


**RICKY DALE ADAMS**                                          **DEFENDANT**

\* \* \* \* \*

Comes now the United States and, pursuant to 21 U.S.C. § 851, hereby gives notice that if the Defendant, **RICKY DALE ADAMS,** is convicted of Counts 1 or 2 of the Indictment, charging violations of 21 U.S.C. §§ 841(a)(1), he shall be subject to an enhancement statutory punishment of not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years of supervised release. **ADAMS** is subject to this enhanced statutory punishment because, prior to the commission of Counts 1 and 2, he had a final prior conviction for a felony drug offense, that is, Manufacturing Methamphetamine, by final judgment of the Madison Circuit Court, Case No. 12-CR-00352-001, in July of 2013.

Wherefore, the United States gives notice to the Defendant, **RICKY DALE ADAMS**, of the above-stated enhanced statutory punishment pursuant to 21 U.S.C. § 851.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


By:    /s/ Francisco J. Villalobos II
       Francisco J. Villalobos II
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4896
       Francisco.Villalobos@usdoj.gov