**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 26-87-KKC-MAS

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**                    **MOTION OF UNITED STATES FOR WRIT**
                **OF HABEAS CORPUS AD PROSEQUENDUM**

**RICKY DALE ADAMS**                                                **DEFENDANT**

* * * * *

The Defendant, RICKY DALE ADAMS, is confined at the Jackson County Detention Center in McKee, Kentucky, awaiting trial for violations of state law. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver ADAMS to the United States Marshal so that ADAMS may be brought before this Court for an arraignment and for other proceedings.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By:    /s/ Francisco J. Villalobos II
       Francisco J. Villalobos II
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4896
       Francisco.Villalobos@usdoj.gov