**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** __26-87-KKC-MAS__

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**              **ORDER GRANTING MOTION OF UNITED STATES**
          **FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**RICKY DALE ADAMS**                                        **DEFENDANT**

\* \* \* \* \*

On August 6, 2026, a federal grand jury indicted the Defendant, RICKY DALE ADAMS, on federal violations of 21 U.S.C. § 841(a)(1), distribution of a methamphetamine mixture and possession with the intent to distribute 50 grams or more of a methamphetamine mixture. ADAMS is now confined at the Jackson County Detention Center in McKee, Kentucky, awaiting trial for violations of Kentucky law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer for the Jackson County Detention Center to deliver ADAMS to the United States Marshal so that he may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1)  the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2)  the jailer shall DELIVER the Defendant, RICKY DALE ADAMS, to the United States Marshal for the Eastern District of Kentucky;

(3)  the Marshal shall DELIVER ADAMS in custody before the United States District Court at Lexington, Kentucky, on August 27, 2026, at 11:30 a.m., for an arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of;

(4) the Marshal shall safely keep ADAMS in custody until he is no longer needed, at which time the Marshal shall RETURN ADAMS to the custody of the jailer; and

(5)  the Clerk shall forward this order to the United States Marshal (3 certified copies) and to the United States Probation Office.

Entered this 6th day of August, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY