## Dulce  Cornelius

**From:** KYEWARRANTS <KYE.WARRANTS@usdoj.gov>
**To:** Lexington Clerk
**Sent:** Thursday, August 6, 2026 4:55 PM
**Subject:** Read: 5:26-cr-00087-KKC-MAS-1 - Ricky Dale Adams( WHCAP)

Your message

  To: KYEWARRANTS
  Subject: [EXTERNAL] 5:26-cr-00087-KKC-MAS-1 - Ricky Dale Adams( WHCAP)
  Sent: Thursday, August 6, 2026 4:53:05 PM (UTC-05:00) Eastern Time (US & Canada)

 was read on Thursday, August 6, 2026 4:54:58 PM (UTC-05:00) Eastern Time (US & Canada).